AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SHANNON BRUCE MORLEY,

Plaintiff,

v.

CORRECTIONS OFFICER LESTER WHITMORE,

Defendant,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 13-CV-0046 -TOR

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  Plaintiff's application to proceed in forma pauperis is DENIED and the Complaint is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

April 24, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia